**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-02039-LTB-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SCOTT E. SMITH,

       Defendant and Third Party Plaintiff,

v.

JACQUELINE (SMITH) BROWN,

       Third Party Defendant.
_____

**ORDER**
_____

Upon Third Party Defendant Brown's Motion to Stay (Doc 11 - filed December 19, 2006), and Plaintiff's Response indicating no objection, it is

ORDERED that the Motion is GRANTED.  This matter is STAYED as to Third Party Defendant until a ruling on Third Party Defendant's Motion to Dismiss filed December 19, 2006.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge

DATED:   January 4, 2007