**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-02039-LTB-BNB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

SCOTT E. SMITH,

  Defendant and Third Party Plaintiff,

v.

JACQUELINE (SMITH) BROWN,

  Third Party Defendant.
_____

**ORDER**
_____

  Jacqueline (Smith) Brown, Third Party Defendant, filed her "Motion to Dismiss Third Party Complaint Against Jacqueline (Smith) Brown" on December 19, 2006.  Defendant and Third Party Plaintiff Scott E. Smith appears in this action pro se.

  D.C.Colo.LCivR 7.1(C) provides that the responding party (in this case Scott E. Smith), shall have 20 days after the filing date of the motion, or such less or greater time as the Court may allow, in which to file a response.  The moving party may then file a reply within 15 days after the filing of the response.  Nothing in the rule precludes a judicial officer from ruling on a motion at any time after it is filed.  Out of an abundance of caution, I will afford Scott E. Smith additional time to respond to the Motion to Dismiss.  Accordingly

IT IS ORDERED that Defendant and Third Party Plaintiff Scott E. Smith shall respond to the Motion to Dismiss **on or before January 24, 2007** failing which the Court will rule upon the motion.

IT IS FURTHER ORDERED that Third Party Defendant Jacqueline (Smith) Brown shall have 10 days from the date of filing any response to reply to the response.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED:   January 9, 2007