IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02039-LTB-BNB

UNITED STATE OF AMERICA,

Plaintiff,

v.

SCOTT E. SMITH,

Defendant and Third-Party Plaintiff,

v.

JACQUELINE (SMITH) BROWN,

Third-Party Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **United States' Motion for Leave to Appear Telephonically** [docket no. 16, filed January 8, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and attorney Kari D. Larson may appear telephonically for the Scheduling Conference set for January 23, 2007, at 8:30 a.m., Mountain Standard Time.

      IT IS FURTHER ORDERED that defendant and third-party plaintiff Scott Smith may also appear by telephone for this hearing. Attorney Larson is to coordinate a conference call in which both parties are to be on one line when calling into Chambers on the date and time of the hearing, at 303/844-6408.

DATED: January 9, 2007