IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02039-LTB-BNB

UNITED STATE OF AMERICA,

Plaintiff,

v.

SCOTT E. SMITH,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **United States' Motion to Compel Discovery and Impose Sanctions** [Doc. # 30, filed 4/17/2007] (the "Motion to Compel"). By minute order [Doc. # 32, filed 4/19/2007], I set the Motion to Compel for hearing on June 1, 2007, at 11:00 a.m. Counsel for the United States appeared at that time, but the defendant neither appeared nor contacted the court in any way. At the hearing on the Motion to Compel I entered certain orders, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED as follows:

1) All objections to the United States' interrogatories and requests for production are deemed waived due to the defendant's failure to assert any such objections in a timely manner;

2) The defendant shall provide full and complete responses to the interrogatories and requests for production on or before **June 8, 2007**; and

3) The United States is awarded its costs and reasonable attorneys' fees incurred in bringing the Motion to Compel. The Untied States shall prepare a fee application and provide it

to the defendant on or before **June 8, 2007**.  Thereafter, the parties shall confer in an attempt to reach agreement on the amount of the fee award.  If they can reach agreement, the defendant shall pay the agreed-to amount on or before **June 18, 2007**, and the United States shall notify me that the matter is resolve.  If the parties cannot reach agreement on the amount of the award, the United States shall file its fee application for my review on or before **June 18, 2007**.

IT IS FURTHER ORDERED that the Motion to Compel is DENIED in all other respects.

Dated June 1, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge