IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02039-LTB-BNB

UNITED STATE OF AMERICA,

Plaintiff,

v.

SCOTT E. SMITH,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Upon review of the parties' settlement positions, I have determined that a settlement conference at this time would not be productive and would waste resources. Should the parties disagree with this determination or determine at some later date, after consultation among themselves, that a settlement conference would be productive, they may contact my chambers to reschedule the conference. At this time, however,

IT IS ORDERED that the settlement conference scheduled for **August 3, 2007,** is VACATED.

The **United States' Unopposed Motion for Relief from Requirement That an Individual with Full Settlement Authority Attend the Settlement Conference** [docket no. 44, filed July 26, 2007, and **Defendant Scott E. Smith's Request for a Telephonic Settlement Conference** [docket no. 43, filed July 25, 2007] are DENIED AS MOOT.

DATED:  July 30, 2007