IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 06-cv-02039-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT E. SMITH,

    Defendant.

_____

ORDER
_____

Upon Defendant's Motion for Reconsideration of the 12/6/07 Order Granting the Motion for Summary Judgment (Doc 62 - filed December 31, 2007), it is

ORDERED that the Motion is DENIED.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: January 3, 2008